# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 8, 2015

Robert P. Young, Jr.,
Chief Justice

151501 & (20)(21)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

CYNTHIA CZAR-MURRELL,
        Plaintiff-Appellant,

v

                                        SC: 151501
                                        COA: 326822
                                        Iosco CC: 14-008672-AV

ALDERSGATE APARTMENTS,
        Defendant-Appellee.

_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 24, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 8, 2015


                                           Clerk

t0505